1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J. DE LA ROSA, | Case No.: 5:24-cv-00638-MAA |
| Plaintiff, | ~~{PROPOSED}~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| | **AS REVISED BY COURT** |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees ("EAJA"), Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $6,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

///

///

///

-1-

1  In addition, the Court GRANTS Plaintiff's motion to withdraw his prior
2  petition for attorney fees and expenses pursuant to EAJA.  (*See* ECF No. 31 at 2
3  (referencing ECF No. 28).)

4

5  DATE:  5/15/2025

6  _____
7  THE HONORABLE MARIA A. AUDERO
   UNITED STATES MAGISTRATE JUDGE